NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY A. DAWSON, JR.,                )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-4744
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed November 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and SMITH, JJ., Concur.